# Exhibit 9

# CDK PERFORATING

427 Half Moon Way Runaway Bay, TX 76426
(TX) Phone: 940-577-4200  Fax: 940-374-3405
(PA) Phone: 570-358-3250  Fax: 570-358-3253
(WV) Phone: 304-547-0335  Fax: 304-547-0336

Invoice #: **15235**   Unit #: 114
Date: 10/1/13 – 10/6/13   Page 1 / 1

Customer Name: ___
Customer Mailing Address: P.O. Box 3158
Oklahoma City, OK 73101-3158
Well Name: ___
County: Eddy    State: NM
Customer Rep Authorizing Work: ___

AFE#: ___   Property#: ___
API#: ___   CODE#: ___
TBG Size: ___   CSG Size: ___
Crane ✓   Rig ___   WH Press: ___ PSI
WIRELINE DEPTH ___   TD ___
Crew: T. Dooley, M. Thomas

| Time | Job Description | Unit | QTY | Total |
|---|---|---|---|---|
| | Perforate & Set Composite Plugs on Stages 2-17 w/ 3.18" Scallops 6 SPF 60° phase 12 Shots per gun 4 guns per run (48 Shots per Stage) (768 Shots total) | | | |
| | Set Kill plug @ 5900' | | | |
| | Crane | | | |

FINAL INVOICE

CDK Perforating APPROVED
K. Brandi Dalton

Estimate →

NOTES:

Total Amount $: ___
Date: 10/6/13

By signing I am stating that the above described work was completed by CDK Perforating.
Customer Signature: ___   Date: ___
Are you satisfied with the performance of the crew? Yes ___ No ___  Equipment? Yes ___ No ___

Confidential Subject to Protective Order

D-COR-00007416